IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:14-MJ-1020

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MOTION FOR DISMISSAL |
| v. | ) | WITHOUT PREJUDICE |
| | ) | |
| VIKRAM SUBRAMANIAN | ) | |

The GOVERNMENT moves for dismissal without prejudice of the above captioned case for the following reason, based on additional evidence presented by the defendant and in the interests of justice, further prosecution is not warranted.

s/Samuel J. Adams
SAMUEL J. ADAMS
Special Assistant U.S. Attorney
Criminal Division
Joint Law Center PSC Box 8007
MCAS Cherry Point, NC 28533-8007
Telephone: (252) 466-5571
State Bar No.:397520 (Georgia)

Leave for dismissal is granted and it is hereby ORDERED that the above captioned case be dismissed without prejudice.

This the 9 day of June, 2014.

Robert B. Jones, Jr.
United States Magistrate Judge